FILED
JUN - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Marie H. Perry**

**Vs.**

Case: 1:07-cv-01010
Assigned To : Lamberth, Royce C.
Assign. Date : 6/5/2007
Description: Employ. Discrim.

**Secretary Alphonso R. Jackson,**
**Holly Salamido, Nancy Chistopher, Sinthea Kelly, Zakiyyah Day,**
**Lewis Anderson, Patricia Baker, George Weidenfeller, and**
**Keith Gottified**

## MOTION FOR COURT APPOINTED COUNSEL

Plaintiff motion that the Court appoints counsel to represent me pursuant of 42 U.S.C. § 2000e-5(f)(1). This is an action alleging employment discrimination and seeking relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq. I have tried seeking counsel but I cannot afford to pay for one and I wish to have a counsel.

Signature of Plaintiff:

*Marie Perry*

**Plaintiff's Name and Address**
Marie H. Perry
311 Ellsworth Place
Oxon Hill, MD 20745
(301) 839-1907