UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIE H. PERRY )<br>311 Ellsworth Place )<br>Oxon Hill, MD 20745 )<br>    Plaintiff )<br>  v. )<br> )<br>ALPHONSO R. JACKSON, et al. )<br>Secretary, U.S. Dept. Of Housing )<br>and Urban Development )<br>451 7th Street, SW )<br>Washington, D.C. 20410 )<br> )<br>    Defendant. )<br> ) | Civil Action No.: 07-1010 (RCL) |

**NOTICE OF APPEARANCE**

  The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

            /s/
            KENNETH ADEBONOJO
            Assistant United States Attorney
            555 4th St., N.W.
            Washington, D.C. 20530
            (202) 514-7157
            kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of July, 2007, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, Marie H. Perry, by postage prepaid mail addresses as follows:

MARIE H. PERRY
311 Ellsworth Place
Oxon Hill, MD 20745


           /s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov