UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**MARIE PERRY,**                            )
                                            )
    **Plaintiff,**                       )
                                            )
v.                                          )   Civil Action No. 07-1010 (RCL)
                                            )
**ALPHONSO R. JACKSON, Secretary, United**  )
**States Dep't of Housing & Urban Dev., et al.** )
                                            )
    **Defendants.**                      )
_____)

## ORDER

On August 20, 2007, defendants filed a motion [5] to dismiss the individually named defendants as improperly named defendants in this action. Plaintiff Marie Perry is representing herself, *pro se*. In *Fox v. Strickland*, the D.C. Circuit held that a district court must take pains to advise a *pro se* plaintiff of the consequences of failing to respond to a dispositive motion. 837 F.2d 507, 509 (D.C. Cir. 1988). The court stated that the notice provided by the district court "should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*.

In accordance with this ruling, the Court advises plaintiff that if she does not respond to the motion to dismiss the individually named defendants within 14 days, the Court will treat the motion as conceded and will dismiss the individually named defendants as improperly named defendants in this action.

    SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 2, 2007.