UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIE PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1010 (RCL) |
| ) | ECF |
| ALPHONSO R. JACKSON, ) | |
| Secretary United States Department of ) | |
| Housing and Urban Development, et al. ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO EXTEND MEET AND CONFER DEADLINE**

Pursuant to Rules 6(b)(1) and 16(b) of the Federal Rules of Civil Procedure, Defendant hereby respectfully requests an extension of the deadline for the parties to hold the LCvR 16.3 conference, as per the Court's Order and the Local Rules. Specifically, Defendant moves to extend his deadline through November 16, 2007. In support of this motion, Defendant states as follows:

1. Pursuant to the Court's Order of October 2, 2007, the parties are to meet and confer today.

2. The undersigned counsel is attending a mandatory two-week training session in Columbia, South Carolina and will not return to the office until October 29, 2007.

3. Defendant's counsel left a message to consult with the *pro se* Plaintiff, pursuant to LCvR 7(m), before his departure, but she had not returned the call prior to his departure. A paralegal from undersigned's office contacted the Plaintiff again on October 16, 2007, and Plaintiff stated that she needed to consider the situation and would call back to advise. However, as of the time of filing this motion, Plaintiff had not return the call.

4. This is the first request made for extension of this deadline.

WHEREFORE, Defendant respectfully request that this motion be granted. A minute order is requested.

Dated October 17, 2007.                    Respectfully submitted,


_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney


_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
Phone: 202-514-7157
Fax: 202-514-8780
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October 2007, I caused the foregoing Motion to Extend Meet and Confer Deadline, by first class mail, postage prepaid to:

Marie H. Perry, *Pro se*
311 Ellsworth Place
Oxon Hill, MD 20745

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
Phone: 202-514-7157
Fax: 202-514-8780
kenneth_adebonojo@usdoj.gov