UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIE PERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO R. JACKSON, )<br>Secretary United States Department of )<br>Housing and Urban Development, et al. )<br>)<br>Defendant. ) | Civil Action No. 07-1010 (RCL) |

### ERRATA

Defendant's filing of this date erroneously indicated that Defendant had been unable to obtain Plaintiff's consent for its Motion to Extend Meet and Confer Deadline. See USDC Pacer Doc. No. 9. After additional exchanges of voicemail messages and telephone conversations, Plaintiff has in fact provided her consent to Defendant's Motion on this date. Defendant regrets any inconvenience.

Dated October 17, 2007            Respectfully submitted

_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
Phone: 202-514-7157

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of October 2007, I caused the foregoing Errata, by first class mail, postage prepaid to:

Marie H. Perry, *Pro se*
311 Ellsworth Place
Oxon Hill, MD  20745

                                                  /s/
                                      KENNETH ADEBONOJO
                                      Assistant United States Attorney
                                      Judiciary Center Building
                                      555 4th Street, N.W.
                                      Washington, DC 20530
                                      Phone: 202-514-7157
                                      Fax: 202-514-8780
                                      kenneth_adebonojo@usdoj.gov