UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARIE PERRY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action Number 07-1010 (RCL) |
| | ) | |
| **ALPHONSO R. JACKSON,** | ) | |
| **Secretary, United States Dep't of** | ) | |
| **Housing & Urban Dev., et al** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## **ORDER**

Upon consideration of defendant's motion [9] to extend meet and confer deadline, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that a Local Rule 16.3 Conference shall be held no later than November 16, 2007.  Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.  The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

Signed by Royce C. Lamberth, United States District Judge, on October 23, 2007.