UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIE PERRY, ) | |
| ) | No. 1:07cv1010 (RCL) |
| Plaintiff, ) | |
| ) | |
| v. ) | FILED |
| ) | |
| ALPHONSO R. JACKSON, Secretary, United States ) | OCT 25 2007 |
| Dep't of Housing & Urban Dev., et al. ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| Defendants. ) | U.S. DISTRICT COURT |
| ) | |

## ORDER

This matter comes before the Court on the Individual Defendant's Unopposed Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). After considering the appropriate pleadings, the record herein, and applicable law, it is this 25th day of October, 2007, hereby

ORDERED, the Individual Defendants' motion is hereby GRANTED; and it is

FURTHER ORDERED, that the only proper defendant in this action is the Secretary of Housing and Urban Development in his official capacity; and it is

FURTHER ORDERED, that Plaintiff's claims against the Individual Defendants are hereby DISMISSED, with prejudice.

_____
Honorable Royce C. Lamberth, U.S.D.J.