UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIE PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1010 (RCL) |
| ) | |
| ALPHONSO R. JACKSON, ) | |
| Secretary United States Department of ) | |
| Housing and Urban Development, et al. ) | |
| ) | |
| Defendant. ) | |

### PARTIES' JOINT 16.3 REPORT

Pursuant to LCvR 16.3, the parties hereby submit their joint report on the matters enumerated in Local Civil Rule 16.3(c). Further, the parties were unable to agree on a Scheduling Order. Although she has not yet retained counsel, Plaintiff indicated that she would like to explore that option and seek advise of counsel before committing to a Scheduling Order. Nevertheless, Defendant has prepared a proposed Scheduling Order for the Court's consideration. Plaintiff is an African-American employee in the Freedom of Information Act Section of the Office of General Counsel in the Department of Housing and Urban Development. Plaintiff alleges "race discrimination, equal pay, and illegal personnel practices by the Office of General Counsel and Human Resources" during a desk audit she requested. Plaintiff also alleges discrimination and retaliation during her 2004 and 2005 performance evaluations as well and discrimination and retaliation when she was denied training. Defendant denies all of Plaintiff's allegations.

With regard to the matters to be included in the parties' LCvR 16.3 report, the parties state the following:

1. <u>Status of Dispositive Motions</u>: Whereas Plaintiff does not believe that this matter can be decided on dispositive motion, Defendant believes that this matter should be decided by dispositive motion.

2. <u>Amended Pleadings</u>: Plaintiff reserves the right to amend her complaint. Defendant does not anticipate the need to amend pleadings except in response to Plaintiff should she chose to do so.

3. <u>Assignment to Magistrate Judge</u>: The parties do not agree to assignment to a magistrate judge.

4. <u>Settlement Possibility</u>: Plaintiff will consider settlement unless advised otherwise by counsel that she anticipates retaining. Defendant does not believe that settlement is a possibility in this case.

5. <u>Alternative Dispute Resolution (ADR)</u>: The parties do not believe that ADR will be useful in this matter.

6. <u>Dispositive Motions</u>: While Plaintiff does not believe that this case can be resolved by dispositive motion, Defendant believes it should be decided by dispositive motion.

7. <u>Initial Disclosures</u>: The parties do not wish to dispense with initial disclosures in Rule 26(a)(1).

8. <u>Discovery</u>: Although the parties anticipate standard discovery, Plaintiff is unable to commit to a specific discovery plan. Plaintiff will be able to commit to a more specific discovery plan after she retains and consults with counsel. Defendant proposes a 120-day discovery period as set forth in the proposed Scheduling Order.

Electronically Stored Information ("ESI"): Defendant does not anticipate the need for ESI discovery.

9. Experts: Plaintiff wishes to retain and consult with counsel before committing to a position. Defendant does not anticipate the use of expert witnesses, but nevertheless agrees that the requirements of Rule 26(a)(2) should not be modified except as follows: A party proposing to use an expert witness shall designate any experts (and serve expert reports) thirty (30) calender days before the end of discovery and the opposing party shall name responsive experts within thirty (30) calender days thereafter. Depositions of experts may be taken within forty-five (45) calender days of service of these reports.

10. Class Action Procedures: Plaintiff wishes to retain and consult with counsel. Defendant believes class action procedures are not applicable.

11. Bifurcation of Discovery or Trial: The parties do not recommend bifurcation.

12. Proposed Date for Pretrial Conference: Plaintiff wishes to retain and consult with counsel before taking a position. Defendant requests that scheduling of the pretrial conference wait until completion of discovery or a ruling on any dispositive motions, whichever is later.

13. Trial Date: Plaintiff wishes to retain and consult with counsel before taking a position. Defendant requests that the trial date be set at the pretrial conference, if necessary.

14. Initial Conference: The parties are prepared to proceed as the Court directs.


November 26, 2007                           Respectfully submitted,


\_\_/s/_____         \_/s/_____
MARIE H. PERRY, PRO SE                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                            United States Attorney

        /s/_____
RUDOLPH CONTRERAS, D.C. BAR #  434122
Assistant United States Attorney

        /s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4210
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE PERRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1010 (RCL) |
| ) | |
| **ALPHONSO R. JACKSON,** ) | |
| **Secretary United States Department of** ) | |
| **Housing and Urban Development, et al.** ) | |
| ) | |
| **Defendant.** ) | |

**INITIAL SCHEDULING ORDER**

UPON CONSIDERATION of the parties Joint Meet and Confer Statement, filed pursuant to Local Rule 16.3, the following deadlines are hereby set in this case:

- The parties shall make initial disclosures, pursuant to Rule 26(a)(1), within thirty days of the date of this Order.

- The parties shall complete discovery within 120 days of the date of this Order.

- Motions for summary judgment shall be filed no later than 45 days after the close of discovery.

- Oppositions to motions for summary judgment shall be filed within 30 days of the deadline for the motions.

- Replies regarding motions for summary judgment shall be filed within 15 days of the deadline for oppositions.

So ordered, this _____ day of _____, 2007.

_____
ROYCE C. LAMBERTH
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of November, 2007, I caused the foregoing Meet and Confer Report and proposed Order to be served, by first class mail, postage prepaid to:

Marie H. Perry, *Pro se*
311 Ellsworth Place
Oxon Hill, MD  20745


_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
Phone: 202-514-7157
Fax: 202-514-8780
kenneth adebonojo@usdoj.gov