UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE PERRY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ALPHONSO R. JACKSON,** )<br>**Secretary United States Department of** )<br>**Housing and Urban Development, et al.** )<br>)<br>**Defendant.** ) | Civil Action No. 07-1010 (RCL) |

**INITIAL SCHEDULING ORDER**

UPON CONSIDERATION of the parties Joint Meet and Confer Statement, filed pursuant to Local Rule 16.3, the following deadlines are hereby set in this case:

- The parties shall make initial disclosures, pursuant to Rule 26(a)(1), within thirty days of the date of this Order.

- The parties shall complete discovery within 120 days of the date of this Order.

- Motions for summary judgment shall be filed no later than 45 days after the close of discovery.

- Oppositions to motions for summary judgment shall be filed within 30 days of the deadline for the motions.

- Replies regarding motions for summary judgment shall be filed within 15 days of the deadline for oppositions.

So ordered, this  6th    day of  December            , 2007.

/ s /
ROYCE C. LAMBERTH
United States District Judge