UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Marie Perry,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   Civil Action No. 07-01010 (RCL) |
| **Alphonso R. Jackson, Secretary,** | ) |
| **U.S. Department of Housing and** | ) |
| **Urban Development,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PARTIES' JOINT MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY

Alphonso Jackson, in his official capacity as Secretary of the Department of Housing and Urban Development ("Defendant") and Marie Perry, *pro se* ("Plaintiff") (collectively "the parties") hereby move for an extension of time to conduct discovery up to and including June 6, 2008.  Currently, discovery ends on April 24, 2008.  Good cause exists to grant this motion.

1. *Pro se* Plaintiff is in the process of retaining counsel to represent her in this litigation.

2. The parties seek the additional time in order to complete paper discovery and take depositions.

3. The parties anticipate that this brief extension will not unduly delay the scheduling of this matter for trial.

4. The parties have conferred pursuant to Local Rule 7(m).

WHEREFORE, the parties respectfully request that this enlargement be granted. A minute order is respectfully requested.

Respectfully submitted,

\_/s/_____
JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

\_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Telephone (202) 514-7157
Facsimile (202)514-8780
kenneth.adebonojo@usdoj.gov

ATTORNEYS FOR DEFENDANT


\_/s/_____
Marie Perry, *Pro se*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April, 2008, I caused the foregoing Parties' Motion to Extend Discovery to be served by first class mail, postage prepaid to:

Marie H. Perry, *Pro se*
311 Ellsworth Place
Oxon Hill, MD  20745

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
Phone: 202-514-7157
Fax: 202-514-8780
kenneth.adebonojo@usdoj.gov