**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Marie Perry, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No. 07-01010 (RCL)** |
| Alphonso R. Jackson, Secretary, | ) | |
| U.S. Department of Housing and | ) | |
| Urban Development, | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**DEFENDANT'S MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY**</u>

Alphonso Jackson, in his official capacity as Secretary of the Department of Housing and Urban Development ("Defendant") hereby moves for an extension of time to conduct discovery up to and including June 23, 2008. Currently, discovery ends on June 6, 2008. Good cause exists to grant this motion.

1.    Defendant was scheduled to take Plaintiffs deposition on June 6, 2008. The undersigned telephoned Plaintiff on June 5, 2008, to confirm Plaintiff's attendance at which time Plaintiff indicated that she will not be attending the deposition because she is in discussions to retain counsel.

2.    Also, responses to Defendant's written discovery are delinquent.

3.    At the conclusion of the telephone call on June 5, 2008, on Plaintiff's representation that she should have representation soon, the undersigned informed Plaintiff that he will seek a very brief extension to enable her to respond to the written discovery and to take Plaintiff's deposition. The undersigned also impressed on Plaintiff that if she does not appear for the next scheduled deposition, Defendant would be forced

to move to compel her attendance.

    4.    The parties have conferred pursuant to Local Rule 7(m).

    WHEREFORE, Defendant respectfully requests that this brief enlargement be granted.  A minute order is respectfully requested.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Telephone (202) 514-7157
Facsimile (202)514-8780
kenneth.adebonojo@usdoj.gov

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2008, I caused the foregoing

Defendant's Motion to Extend Discovery to be served by first class mail, postage prepaid

to:

Marie H. Perry, *Pro se*
311 Ellsworth Place
Oxon Hill, MD  20745

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
Phone: 202-514-7157
Fax: 202-514-8780
kenneth.adebonojo@usdoj.gov