UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**Marie H. Perry,**

      Plaintiff,

V.                           **CIVIL ACTION NO.:_07-1010 (RCL)**

**Secretary Alphonso R. Jackson,** Secretary
United States Department of Housing Urban
   Development,

      Defendant.

## EXTENSION NOTICE

      Plaintiff motion the Court for an extension on discovery and deposition. This extension will give plaintiff time to confer with a possible counsel. This is an action alleging employment discrimination and seeking relief under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq.


                                          Respectfully submitted,

                                          _____/s/_____
                                          **Marie H. Perry**
                                          311 Ellsworth Place
**RECEIVED**             Oxon Hill, MD 20745
                                          (240) 535-1919
JUN 6 – 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

June 6, 2008

**Via FEDEX**
Kenneth Adebonojo
USDOJ/US Attorney Office
555 4th Street, NW
Washington, DC 20530-0001

RE: Marie Perry v. Alphonso R. Jackson, Secretary, United States Department of Housing and Urban Development, Civil Action No. 07-1010 (RCL)

Dear Mr. Adebonojo:

    As of the date of this letter I have not retained counsel. Per our conversation on yesterday, I explained to you that I am uncomfortable answering your questions with out counsel representation. I also asked you if I could have an extension so that I am able to speak with a possible counsel that would not be available to me until Monday, June 9, 2008. You stated in you letter dated May 30, 2008 (which I received on June 3, 2008, for a deposition to take place on June 6, 2008), "that you are willing to work with me in any capacity, in order to move this litigation forward". Therefore, I am asking you to please extend discovery time so, that I may answer your questions with counsel. Also, I would like to reserve the right so that my counsel can also seek discovery and deposition of your clients at a later date.

    If you have any questions or concerns, I may be reached at 240-535-1919. I will be awaiting your response.

Sincerely,

Marie Perry
Plaintiff

Enclosure

**RECEIVED**

JUN 0 6 2008

Clerk, U.S. District and
Bankruptcy Courts

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that service of the forgoing **Extension Notice** was sent by Federal Express, postage prepaid, this 6th day of June, 2008 to:

Kenneth Adebonojo
USDOJ/US Attorney Office
555 4th Street, NW
Washington, DC  20530-0001

                                          Marie H. Perry
                                          311 Ellsworth Place
                                          Oxon Hill, MD  20745
                                          (240) 535-1919

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**Marie H. Perry,**

      Plaintiff,

**v.**                                   **CIVIL ACTION NO.:_07-1010 (RCL)**

**Secretary Alphonso R. Jackson,** Secretary
United States Department of Housing Urban
  Development,

      Defendant.

## EXTENSION NOTICE

_____ I HEREBY GRANT, Plaintiff motion for extension on discovery and deposition. Which gives, plaintiff time to confer with a possible counsel.

_____ I HEREBY DENY, Plaintiff motion for extension on discovery and deposition. Which gives, plaintiff time to confer with a possible counsel.

So ordered, this _____ day of _____, 2008.

                                              **Chief Royce C. Lamberth**
                                              United States District Judge