UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIE H. PERRY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALPHONSO R. JACKSON, *et al.*<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1010 (RCL)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the motions [16, 17] to extend time to complete discovery, the motions are GRANTED. Discovery shall be completed by July 15, 2008. Any dispositive motion(s) shall be filed by July 23, 2008.

SO ORDERED.


Signed by Chief Judge Royce C. Lamberth on June 16, 2008