UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIE H. PERRY, )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>STEVE PRESTON, )<br>　Secretary, U.S. Department of )<br>　Housing and Urban Development )<br>)<br>　　　Defendant. )<br>＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿) | Civ. Action No.:   07-01010 (RCL) |

## ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Robert C. Seldon, Esq. and Molly E. Buie, Esq. for the Plaintiff in the above-captioned case.

　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　_____/s/_____
　　　　　　　　　　Robert C. Seldon, Esq.
　　　　　　　　　　　D.C. Bar No. 245100


　　　　　　　　　　_____/s/_____
　　　　　　　　　　Molly E. Buie, Esq.
　　　　　　　　　　　D.C. Bar No. 483767

　　　　　　　　　　Robert C. Seldon & Associates, P.C.
　　　　　　　　　　1319 F Street, N.W., Suite 200
　　　　　　　　　　Washington, D.C.  20004
　　　　　　　　　　Telephone:  (202) 393-8200
　　　　　　　　　　Fax:  (202) 318-2287

　　　　　　　　　　Counsel for Plaintiff