UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE H. PERRY,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **STEVE PRESTON,** ) <br> Secretary, U.S. Department of ) <br> Housing and Urban Development ) <br> ) <br> **Defendant.** ) <br> ) | Civ. Action No.:  07-01010 (RCL) |

### ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Robert C. Seldon, Esq. for the Plaintiff in the above-captioned case.

                                                                                          Respectfully submitted,

                                                                                         _____/s/_____
                                                                                  Robert C. Seldon, Esq.
                                                                                   D.C. Bar No. 245100

                                                                         Robert C. Seldon & Associates, P.C.
                                                                         1319 F Street, N.W., Suite 200
                                                                         Washington, D.C.  20004
                                                                         Telephone:  (202) 393-8200
                                                                          Fax:  (202) 318-2287

                                                                           Counsel for Plaintiff