UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIE H. PERRY,           )<br>                                      )<br>     Plaintiff,                    )<br>                                      )     Civ. Action No.:  07-01010 (RCL)<br>v.                                  )<br>                                      )<br>STEVE PRESTON,         )<br>  Secretary, U.S. Department of )<br>  Housing and Urban Development )<br>                                      )<br>     Defendant.                 )<br>_____) | |

MOTION FOR LEAVE TO AMEND COMPLAINT
AND TO AMEND SCHEDULING ORDER

    Plaintiff to the above action respectfully moves the Court, pursuant to Rule 15, Fed. R. Civ. P., and in light of the fact that she has just retained counsel, for leave to file an amended Complaint in this case by August 15, 2008.  Plaintiff also moves the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1) and LCvR 16.4, to continue discovery pending the submission of the Amended Complaint and a new Report under LCvR 16.3.

    Counsel for defendant has been advised of this Motion and has stated that defendant opposes it.  It is defendant's position that discovery should be completed by July 15, 2008.

    The points and authorities in support of this Motion are as follows:

    1.)    Plaintiff, Marie H. Perry, recently retained the undersigned counsel to represent her in this matter.

    2.)    At the time plaintiff filed her Complaint in June of 2007, she was proceeding pro se and drafted the Complaint without the assistance of an attorney.  Naturally, without the

1

assistance of experienced counsel, the Complaint is not drafted as advantageously to plaintiff as it could be. Additionally, as they are stated in the Complaint, the counts fail to precisely explain the employment actions over which plaintiff seeks relief.

    3.)     In order to ensure that plaintiff's claims are fully articulated before the Court, justice requires that plaintiff be permitted to clarify her claims in an amended Complaint to be drafted with the assistance of counsel.

    4.)     Rule 15(a), Fed. R. Civ. P., directs that leave to amend a complaint "shall be freely given" to a plaintiff. Indeed, in Foman v. Davis, the Supreme Court held that Rule 15 is an affirmative mandate that should be heeded: "[i]f the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." 371 U.S. 178, 182 (1962). In the absence of undue delay, bad faith, or dilatory motive, leave to amend must be granted unless the defendant can demonstrate unfair prejudice. Id.; see also Zenith Radio Corp. v. Hazeltine Research, 401 U.S. 321, 330-31 (1970). It cannot do so here.

    5.)     To date, plaintiff has not conducted any discovery. Defendant recently postponed its deposition of plaintiff, which was scheduled for June 19, 2008, in consideration of the fact that plaintiff had retained counsel the day before. Defendant has propounded written discovery, but plaintiff has not yet responded because she was reluctant to do so without the assistance of counsel. Accordingly, defendant would not be prejudiced, and in fact may be helped, if plaintiff were allowed to clarify her claims through an amended Complaint.

    6.)     Counsel for plaintiff will need time to meet with plaintiff and review her background materials in preparation for drafting the Complaint. Additionally, both counsel for plaintiff have a significant number of other pre-existing litigation responsibilities that must be

completed before counsel can commence drafting the Complaint, including concluding a jury trial in Howard v. District of Columbia, Civ. Action No. 04-2082 (D.D.C.)(PLF); submitting a prehearing report and conducting a hearing in Uzlyan v. Chao, EEOC No. 570-2007-005944X; exchanging Initial Disclosures in Schmidt v. Chao, Civ. Action No. 07-02216 (D.D.C.)(JMF); drafting a Reply brief in Douglas v. Preston, Appeal No. 07-5339 (D.C. Cir.); and preparing for trial in Malloy v. Jackson, Civ. Action No. 05-1117 (D.D.C.) (RCL).

      7.)     Accordingly, plaintiff requests leave to file an amended Complaint by August 15, 2008.

      8.)     On June 6, 2008, plaintiff moved the Court for an enlargement of time to complete discovery due to her need to locate counsel (Docket No. 17). On June 16, 2008, the Court granted plaintiff's Motion, as well as a similar motion for enlargement of the discovery period made by defendant (Docket No. 18). According to that Order, discovery is currently set to close on July 15, 2008. Id.

      9.)     In light of the fact that plaintiff has been unrepresented during the discovery process up to this point, and because the parties' discovery strategies likely will change if the Court permits plaintiff to file an amended Complaint, plaintiff respectfully submits that it would be most efficient to continue discovery until such time that an Amended Complaint is filed.

      10.)    Plaintiff also believes that it will be necessary for the parties to submit a new LCvR 16.3 report if she is permitted to file an amended Complaint.

      11.)    In order to avoid delaying this case any more than necessary, plaintiff suggests that the parties file new LCvR 16.3 reports by September 8, 2008, and that a status conference be held at some point after that to set a new schedule for discovery and dispositive motions.

WHEREFORE, plaintiff respectfully moves for leave to file an amended Complaint by August 15, 2008; and for the Court to order the parties to file new LCvR 16.3 reports by September 8, 2008 and schedule a status conference after that date. Plaintiff also moves the Court to continue discovery pending the completion of those items. A proposed Order has been filed along with this Motion.

Respectfully submitted,

/s/
_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

/s/
_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C. 20004
(202) 393-8200

Counsel for Plaintiff

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE H. PERRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civ. Action No.:  07-01010 (RCL) |
| v. ) | |
| ) | |
| **STEVE PRESTON,** ) | |
|   Secretary, U.S. Department of ) | |
|   Housing and Urban Development ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Plaintiff's Motion For Leave to File Amended Complaint and to Amend Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Motion is GRANTED.

FURTHER ORDERED that:

Plaintiff shall file her Amended Complaint by August 15, 2008;

That defendant shall file its Answer by _____, 2008;

That the parties shall file a new Report in accordance with LCvR 16.3 by _____, 2008;

That a status conference shall be set for _____, 2008; and

1

2

      That discovery shall be continued pending the issuance of a new Scheduling Order.

      SO ORDERED this ____ day of _____, 2008.

                                                                           _____
                                                                        United States District Judge

Copies to:

AUSA Kenneth Adebonojo
Office of the U.S. Attorney for the District of Columbia
Civil Division
555 4th St., NW
Washington, DC 20530
Kenneth.adebonojo@usdoj.gov

Counsel for Defendant


Robert C. Seldon, Esq.
rcs@rcseldon-associates.com

Molly E. Buie, Esq.
meb@rcseldon-associates.com

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200


Counsel for Plaintiff