UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARIE PERRY,           )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>STEVE PRESTON,         )<br>Secretary, U.S. Department of  )<br>Housing and Urban Development, )<br>                              )<br>    Defendant.             )<br>                              ) | Civil Action No. 07-01010 (RCL) |

**DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND TO
PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Steve Preston, in his official capacity as the Secretary of the Department of Housing and Urban Development ("Defendant")[1] hereby moves for an extension of time to respond to Plaintiff's Motion to Amend Complaint until 14 days after Plaintiff files her proposed amended complaint on August 15, 2008. Good cause exists to grant this motion.

1.    Plaintiff filed the complaint in this action, pro se, and was not represented by counsel until recently when she retained Robert C. Seldon & Associates, P.C.

2.    Since she retained counsel, Plaintiff filed a Motion for Leave to Amend her Complaint. In her motion, Plaintiff requests that the Court permit her to file an amended complaint by August 15, 2008.

3.    The parties agreed, during a conference call with the Court, that Defendant should file a Motion to Enlarge Time to Respond to Plaintiff's Motion to

---

[1] Pursuant to Fed. R. Civ. P. 25(d)(1), Secretary Preston, in his official capacity, substitutes for former Secretary Jackson by operation of law.

Amend until after Plaintiff's proposed amended complaint is filed.

    4.    This extension will enable Defendant to review Plaintiff's proposed amended complaint to be filed on August 15, 2008, before taking a position on said motion.

    5.    The parties have conferred pursuant to Local Rule 7(m).

WHEREFORE, Defendant respectfully requests that this brief enlargement be granted. A minute order is respectfully requested.

Respectfully submitted,

\_/s/_____
JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

\_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Telephone (202) 514-7157
Facsimile (202)514-8780
kenneth.adebonojo@usdoj.gov

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of July, 2008, I caused the foregoing Defendant's Motion to Extend Discovery to be served on opposing counsel, Robert C. Seldon, Esq., through the Court's ECF system.

          __/s/_____
          KENNETH ADEBONOJO
          Assistant United States Attorney
          Judiciary Center Building
          555 4th Street, N.W.
          Washington, DC 20530
          Phone: 202-514-7157
          Fax: 202-514-8780
          kenneth.adebonojo@usdoj.gov