UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE H. PERRY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STEVE PRESTON,** )<br>  Secretary, U.S. Department of )<br>  Housing and Urban Development )<br>)<br>**Defendant.** )<br>_____ ) | Civ. Action No.:  07-01010 (RCL) |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME
TO FILE PROPOSED AMENDED COMPLAINT**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 6(b), Fed. R. Civ. P., for an extension of time to file her proposed Amended Complaint, until September 2, 2008.

Counsel for defendant has been advised of this Motion and has stated that defendant has no objection to it.

The points and authorities in support of this Motion are as follows:

1.)    On July 17, 2008, the Court granted Defendant's Motion to Enlarge Time to Conduct Discovery (Docket No. 22) and gave Plaintiff until August 15, 2008 to file her proposed Amended Complaint.  The Court also granted Defendant 14 days to respond to Plaintiff's proposed Amended Complaint.

2.)    Since that time, several unexpected events have prevented Plaintiff from completing her Amended Complaint.  Among them, an EEOC hearing in Uzlyan v. Chao,

E.E.O.C. No. 570-2007-005944X, that was scheduled to conclude on August 5 was continued until August 15. Additionally, counsel for Plaintiff had to submit a lengthy written reply to proposed removal on behalf of another client on August 8, and participate in an extensive oral reply for the same client on August 13. The oral reply is scheduled to be continued on or about August 21, 2008.

3.) In addition to those responsibilities, counsel for plaintiff have several other time-sensitive litigation responsibilities in August including preparing for trial, filing pretrial documents, and conducting a bench trial in Malloy v. Jackson, Civ. Action No. 05-1117 (D.D.C.) (RCL) (trial Aug. 25-27); drafting Appellant's reply brief and preparing the Joint Appendix in Baloch v. Norton, Appeal No. 07-5330 (D.C. Cir.) (due Aug. 20 & 27); drafting an Appeal Brief in Hendricks v. Paulson, Appeal No. 07-5392 (D.C. Cir.) (due Aug. 27); and concluding discovery in Powell v. Rosenfeld, Civ. Action No. 07-1693 (D.D.C.) (Sept. 15).

4.) In light of these responsibilities, and in consideration of the Labor Day holiday, Plaintiff respectfully requests an extension of time until September 2, 2008 to submit her Amended Complaint. In accordance with the Court's orders of July 17, 2008, Defendant's response to the Amended Complaint would be due 14 days later.

WHEREFORE, Plaintiff respectfully moves the Court to extend the due date for filing her proposed Amended Complaint from August 15, 2008 to September 2, 2008, and to allow Defendant 14 days from that date to submit its response.

Respectfully submitted,

/s/
_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

/s/
_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE H. PERRY,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**STEVE PRESTON,** )<br>  Secretary, U.S. Department of )<br>  Housing and Urban Development )<br>)<br>**Defendant.** )<br>_____) | Civ. Action No.:  07-01010 (RCL) |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Proposed Amended Complaint, and the entire record in this matter;

It is hereby:

ORDERED that the Motion is GRANTED.

FURTHER ORDERED that:

Plaintiff shall file her proposed Amended Complaint by September 2, 2008, and that Defendant shall file its response within 14 days after Plaintiff files her Amended Complaint.

SO ORDERED this ____ day of _____, 2008.


_____
United States District Judge

1

Copies to:

AUSA Kenneth Adebonojo
Office of the U.S. Attorney for the District of Columbia
Civil Division
555 4th St., NW
Washington, DC 20530
Kenneth.adebonojo@usdoj.gov

Counsel for Defendant


Robert C. Seldon, Esq.
rcs@rcseldon-associates.com

Molly E. Buie, Esq.
meb@rcseldon-associates.com

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff