UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE H. PERRY,** )<br>)<br>**Plaintiff,** )<br>) <br>v. )<br>)<br>**STEVE PRESTON,** )<br>Secretary, U.S. Department of )<br>Housing and Urban Development )<br>)<br>**Defendant.** )<br>_____) | Civ. Action No.:  07-01010 (RCL) |

## ORDER

Upon consideration of Plaintiff's Consent Motion for Extension of Time to File Proposed Amended Complaint, and the entire record in this matter;

It is hereby:

ORDERED that the Motion is GRANTED.

FURTHER ORDERED that:

Plaintiff shall file her proposed Amended Complaint by September 2, 2008, and that Defendant shall file its response within 14 days after Plaintiff files her Amended Complaint.

SO ORDERED this 18th day of August, 2008.


_____/s/_____
Chief Judge Royce C. Lamberth