UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIE H. PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civ. Action No.:   07-01010 (RCL) |
| v. ) | |
| ) | |
| STEVE PRESTON, ) | |
| Secretary, U.S. Department of ) | |
| Housing and Urban Development ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO FILE FIRST AMENDED COMPLAINT**

Plaintiff to the above action respectfully moves the Court, pursuant to Rule 6(b), Fed. R. Civ. P., for an extension of time to file her Motion for Leave to File First Amended Complaint and the proposed Amended Complaint until September 8, 2008.

Counsel for plaintiff attempted to, but was not able to reach counsel for defendant in order to seek defendant's position on this Motion.

The points and authorities in support of this Motion are as follows:

1)      Pursuant to the Court's Order of August 18, 2008, plaintiff was due to file her Motion for Leave to File First Amended Complaint, along with the proposed Amended Complaint, today.

2)      On Friday of last week, counsel for plaintiff circulated the draft Amended Complaint to defendant and plaintiff; however, counsel have been experiencing difficulties reaching plaintiff in order to obtain final comments from her.

1

WHEREFORE, plaintiff respectfully moves the Court to extend the due date for filing her Motion for Leave to File First Amended Complaint, along with the proposed Amended Complaint, from September 2 to September 8, 2008.

Respectfully submitted,

/s/
_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100

/s/
_____
Molly E. Buie, Esq.
 D.C. Bar No. 483767

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200

Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE H. PERRY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civ. Action No.:  07-01010 (RCL) |
| v. ) | |
| ) | |
| **STEVE PRESTON,** ) | |
|   Secretary, U.S. Department of  ) | |
|   Housing and Urban Development  ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to File First Amended Complaint, and the entire record in this matter;

It is hereby:

ORDERED that the Motion is GRANTED.

FURTHER ORDERED that:

Plaintiff shall file her Motion for Leave to File First Amended Complaint, along with the proposed Amended Complaint by September 8, 2008.

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge

1

2

Copies to:

AUSA Kenneth Adebonojo
Office of the U.S. Attorney for the District of Columbia
Civil Division
555 4th St., NW
Washington, DC 20530
Kenneth.adebonojo@usdoj.gov

Counsel for Defendant


Robert C. Seldon, Esq.
rcs@rcseldon-associates.com

Molly E. Buie, Esq.
meb@rcseldon-associates.com

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200


Counsel for Plaintiff