UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARIE PERRY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    **Civil Action Number 07-1010 (RCL)** |
| | ) |
| **STEVE PRESTON,** | ) |
| **Secretary, United States Dep't of** | ) |
| **Housing & Urban Dev., et al** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## ORDER

Upon consideration of Plaintiff's Motion [26] for Extension of Time to File First Amended Complaint, and the entire record in this matter; it is hereby

ORDERED that the motion is GRANTED; it is further ORDERED that:

Plaintiff shall file her Motion for Leave to File First Amended Complaint, along with the proposed Amended Complaint by September 8, 2008.

SO ORDERED.

Signed by Chief Judge Royce C. Lamberth on September 4, 2008.